Order affirmed, with $10 costs, and disbursements.

---

# THE FIRST NATIONAL BANK OF MEADVILLE, Pennsylvania, Appellant, *v.* THE FOURTH NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

*Costs—when the unsuccessful party on an appeal is not entitled to the costs of it, though he finally succeeds.*

When the Court of Appeals reverses a judgment in favor of the plaintiff, and orders a new trial, with costs to abide the event, and on the second trial

the plaintiff again recovers a judgment, he cannot tax, in his favor, the costs of the reversal by the Court of Appeals.

APPEAL from an order made at Special Term, refusing to allow the plaintiff to tax the costs of the reversal of a judgment in his favor, in the Court of Appeals.

*George A. Black*, for the appellant.

*David J. H. Willcox*, for the respondent.

PER CURIAM:

The Court of Appeals reversed a judgment in the plaintiff's favor, with costs to abide the event.

The plaintiff, upon the second trial, having again prevailed, seeks to tax against the defendant the costs of the reversal. This he cannot do. These costs were not awarded to him, but to the defendant, in case of the latter's success upon the new trial. The following authorities are decisive of this question: *Howell v. Van Siclen*, 8 Hun, 524; affirmed, 70 N. Y., 595; *Union Trust Co. v. Whiton*, 17 Hun, 593; appeal to Court of Appeals dismissed, 78 N. Y., 491.

The orders appealed from should be affirmed, with $10 costs, and the disbursements of the appeal.

Present—DAVIS, P. J., BRADY and BARRETT, JJ.

Order affirmed, with $10 costs, and disbursements.